

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-4-2011

# USA v. Wayne Bryant

Precedential or Non-Precedential: Precedential

Docket No. 09-3243

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. Wayne Bryant" (2011). *2011 Decisions.* Paper 298.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/298

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 09-3243 & 09-3275
_____

UNITED STATES OF AMERICA

v.

WAYNE R. BRYANT,
                    Appellant (09-3243)

R. MICHAEL GALLAGHER,
                    Appellant (09-3275)


_____

On Appeal from the United States District Court
For the District of New Jersey
(D.C. Criminal Action Nos. 3-07-cr-00267-001/2)
District Judge:  Honorable Freda L. Wolfson
_____

Argued March 8, 2011
_____

Before:  SCIRICA, AMBRO, and VANASKIE, <u>Circuit Judges</u>

(Opinion filed August 25, 2011)

## <u>SECOND ORDER  AMENDING  PRECEDENTIAL  OPINION</u>

AMBRO, <u>Circuit Judge</u>

 IT IS NOW ORDERED that the published Opinion in the above case filed August 25, 2011, be amended as follows:

 On page 5, line 11, replace "28 U.S.C. § 3231" with "18 U.S.C. § 3231".

On page 17, last line, replace "(1st Cir. 2010)" with "(1st Cir.)".

On page 33, line 8, replace "(7th Cir. 1998)" with "(7th Cir. 1988)".

By the Court,


/s/ Thomas L. Ambro
Circuit Judge

Dated:      October 4, 2011
SLC/cc:     Norman Gross
            Lisa A. Matthewson
            Carl D. Poplar
            Jeremy D. Frey
            Ralph A. Jacobs